

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2021

No. 04-20-00594-CV

Judy **FREEMAN**,
Appellant

v.

Kundu **JOHNSON**, as Independent Administrator of the Estate James Phillip Johnson,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2020CV01100
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was originally due March 1, 2021 and was not filed. In response to an order from this court, appellant filed a motion requesting an extension of forty-five days due to her counsel's medical treatment. That motion was granted, extending appellant's deadline until April 19, 2021. On April 19, 2021, appellant filed a motion requesting an additional extension of time until June 19, 2021, for a total extension of 110 days. We granted appellant's motion in part, ordered her to file her brief by June 18, 2021, and advised her that further requests for extension of time would be disfavored.

On June 21, 2021, appellant filed a third motion for extension of time. Appellant's motion stated that her counsel had been unable to download the appellate record and requested an additional 15 days to file the brief, for a total extension of 125 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by July 5, 2021**. <u>**Counsel is advised that no further extensions of time will be granted**</u>.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2021.



_Michael A. Cruz_

MICHAEL A. CRUZ, Clerk of Court